

October 25, 2024

**<u>Via ECF</u>**
Hon. Michael A. Shipp, U.S.D.J.
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

Re: **<u>Doe v. The College of New Jersey</u>**
     **3:24-cv-09280**

Dear Judge Shipp:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiff in the above-captioned matter. In my letter request for the extension of time to file the Reply, I mistakenly noted that the parties consented to the Defendant filing its responsive pleading on December 2, 2024. The letter should have indicated December 10, 2024.

Please do not hesitate to contact me should Your Honor have any questions.

Respectfully submitted,

Bradley R. Flynn, Esq.
For The Montgomery Law Group
Attorneys for the Plaintiff

---

**Montgomery Law**

| Pennsylvania | New Jersey* | Florida | Maine |
|---|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 | 64 Paris Street |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 | Norway, ME 04268 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 | 207-595-6498 |
| | 856-282-5550 | | |

*all NJ mail to PA office

Cc.    Mr. Colin Klika, Esq.
Deputy Attorney General
Division of Law
25 Market Street
Trenton, NJ 08625