

October 25, 2024

**_Via ECF_**
Hon. Michael A. Shipp, U.S.D.J.
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

Re: **Doe v. The College of New Jersey**
    **3:24-cv-09280**

Dear Judge Shipp:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiff in the above-captioned matter. In my letter request for the extension of time to file the Reply, I mistakenly noted that the parties consented to the Defendant filing its responsive pleading on December 2, 2024. The letter should have indicated December 10, 2024.

Please do not hesitate to contact me should Your Honor have any questions.

Respectfully submitted,

Bradley R. Flynn, Esq.
For The Montgomery Law Group
Attorneys for the Plaintiff

**Plaintiff's reply to Defendant's Opposition (ECF No. 10) is due 11/11/2024. Defendant shall answer, move or otherwise respond to Plaintiff's Complaint by 12/10/2024.**

**So Ordered this 28th day of October 2024.**

**Honorable Michael A. Shipp, U.S.D.J.**

Montgomery Law

Pennsylvania
1420 Locust Street, Suite 420
Philadelphia, PA 19102
215-650-7563

New Jersey*
Historic Smithville, Suite 1
1 N. New York Road
Galloway NJ, 08205
856-282-5550

Florida
631 US 1, Suite 202
North Palm Beach, FL 33408
561-408-1100

Maine
64 Paris Street
Norway, ME 04268
207-595-6498

*all NJ mail to PA office

Cc.   Mr. Colin Klika, Esq.
      Deputy Attorney General
      Division of Law
      25 Market Street
      Trenton, NJ 08625