# EducationLawyers.com

December 19, 2024

*Via ECF*
Hon. Michael A. Shipp, U.S.D.J.
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

Re:   **Doe v. The College of New Jersey**
      **3:24-cv-09280**

Dear Judge Shipp:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiff in the above-captioned matter. The parties are still in the process of drafting and reviewing the settlement agreement. At the joint request of both attorneys, we are asking that the Court grant a thirty-day extension for the administrative termination, so that we can finalize and consummate the settlement agreement. The original order was set to expire on January 13, 2025. However, the new termination date would be February 13, 2025.

Please do not hesitate to contact me should Your Honor have any questions.

Thank you in advance for Your Honor's consideration.

So Ordered this 6th day of January 2025.

_____
Honorable Michael A. Shipp, U.S.D.J.

---

**Montgomery Law**

| Pennsylvania | New Jersey* | Florida | Maine |
|---|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 | 64 Paris Street |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 | Norway, ME 04268 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 | 207-595-6498 |
|  | 856-282-5550 |  |  |

*all NJ mail to PA office

Respectfully submitted,

Bradley R. Flynn, Esq.
For The Montgomery Law Group
Attorneys for the Plaintiff


Cc.   Mr. Colin Klika, Esq.
      Deputy Attorney General
      Division of Law
      25 Market Street
      Trenton, NJ 08625