

February 7, 2025

***<u>Via ECF</u>***
Hon. Michael A. Shipp, U.S.D.J.
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

Re:    **<u>Doe v. The College of New Jersey</u>**
       **3:24-cv-09280**

Dear Judge Shipp:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiff in the above-captioned matter.  I am sorry to report that parties have reached an impasse with the settlement language and, for this reason, Plaintiff is requesting that the matter be reopened on the Court's docket. However, in the interest of resolution and judicial economy, Ms. Doe is requesting that the case be scheduled for a settlement conference with a magistrate judge, so the parties can resolve the remaining issues.

Please do not hesitate to contact me should Your Honor have any questions.

Thank you for Your Honor's attention to this matter.

---

**Montgomery Law**

| Pennsylvania | New Jersey* | Florida | Maine |
|---|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 | 64 Paris Street |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 | Norway, ME 04268 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 | 207-595-6498 |
| | 856-282-5550 | | |

*all NJ mail to PA office

Respectfully submitted,

/s/Bradley R. Flynn

Bradley R. Flynn, Esq.
For The Montgomery Law Group
Attorneys for the Plaintiff

**So Ordered this 13th day of February 2025.**

Cc.     Mr. Colin Klika, Esq.
        Deputy Attorney General
        Division of Law
        25 Market Street
        Trenton, NJ 08625

**Honorable Michael A. Shipp, U.S.D.J.**