

June 20, 2025

<u>*Via ECF and U.S. Mail*</u>
Hon. Tonianne J. Bongiovanni, USMJ
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Courtroom 6E
Trenton, NJ 08608

Re:   <u>**Doe v. The College of New Jersey**</u>
      **3:24-cv-09280**

Dear Judge Bongiovanni:

As Your Honor is aware, this Firm and undersigned counsel represent the Plaintiff in the above-captioned matter. Counsel for the Defendant sent us the draft settlement agreement this week, which I am now reviewing with the Plaintiff. At the joint request of both attorneys, we would like an additional two weeks, please, to review the settlement agreement and to update the Court at that time on our progress.

Please do not hesitate to contact me should Your Honor have any questions or concerns.

<u>/s/Bradley R. Flynn</u>
Bradley R. Flynn, Esq[1].
For the Montgomery Law Group
Attorneys for the Plaintiffs

Cc. DAG Kevin Milton, Esq.

---

[1] Admitted to practice law in Pennsylvania, New Jersey, and Maine, but not in Florida.

**Montgomery Law**

Pennsylvania
1420 Locust Street, Suite 420
Philadelphia, PA 19102
215-650-7563

New Jersey*
Historic Smithville, Suite 1
1 N. New York Road
Galloway NJ, 08205
856-282-5550

Florida
631 US 1, Suite 202
North Palm Beach, FL 33408
561-408-1100

Maine
64 Paris Street
Norway, ME 04268
207-595-6498

*all NJ mail to PA office