

June 20, 2025

<u>**Via ECF and U.S. Mail**</u>
Hon. Tonianne J. Bongiovanni, USMJ
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Courtroom 6E
Trenton, NJ 08608

Re:     <u>**Doe v. The College of New Jersey**</u>
        **3:24-cv-09280**

Dear Judge Bongiovanni:

As Your Honor is aware, this Firm and undersigned counsel represent the Plaintiff in the above-captioned matter. The parties have reached an impasse regarding the settlement agreement. On behalf of the Plaintiff, I am requesting a telephonic conference with Your Honor at your next availability.

Please do not hesitate to contact me should Your Honor have any questions or concerns.

<u>/s/Bradley R. Flynn</u>
Bradley R. Flynn, Esq[1].
For the Montgomery Law Group
Attorneys for the Plaintiffs

Cc. DAG Kevin Milton, Esq.

---

[1] Admitted to practice law in Pennsylvania, New Jersey, and Maine, but not in Florida.

---

**Montgomery Law**

| Pennsylvania | New Jersey* | Florida | Maine |
|---|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 | 64 Paris Street |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 | Norway, ME 04268 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 | 207-595-6498 |
|  | 856-282-5550 |  |  |

*all NJ mail to PA office

Case 3:24-cv-09280-MAS-TJB     Document 28     Filed 07/09/25     Page 2 of 2 PageID: 84